# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. HELDERLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 4:18-cv-454-CDP |
| v. | ) | |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me upon petitioner James M. Helderle's response to my April 3, 2018 Order. For the reasons explained below, I will direct the Clerk of Court to close this case.

In my April 3, 2018 Order, I noted that the petition in this case was the second of two 28 U.S.C. § 2254 petitions for writ of habeas corpus bearing petitioner's name, both of which challenged a judgment entered by the 11th Judicial Circuit Court in *State v. Helderle*, Case No. 1211-CR06327-01 (11th Jud. Cir. May 17, 2013). I also noted that the petition in this case was apparently sent to the Court by one Lee Warren, and that the signature on it differed from the signature on the petition in the first case. I directed petitioner to explain why the instant petition was filed, and why the signatures were different.

Petitioner timely responded. He stated that he did not authorize Lee Warren to file a petition on his behalf, and that he did not sign the petition that was sent by Lee Warren. Petitioner also explained that he did file the petition in the first case, *Helderle v. Steele*, Case No. 4:18-cv-211-CDP (E.D. Mo. Feb. 1, 2018), and the signature on that petition is his.

Based upon petitioner's response, I conclude that the instant petition is unauthorized, and the signature thereon is a forgery. For these reasons, I will direct the Clerk of Court to close this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall close this case.

Dated this 25th day of April, 2018.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE